NO. 07-12-00392-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

NOVEMBER 29, 2012

_____

SASHA LEIGH BOWEN, APPELLANT

v.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 64TH DISTRICT COURT OF HALE COUNTY;

NO. A18619-1011; HONORABLE ROBERT W. KINKAID JR., JUDGE

_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

**ON MOTION TO DISMISS**

Appellant, Sasha Leigh Bowen, filed Notice of Appeal to appeal a judgment revoking her community supervision for the offense of credit card abuse enhanced to a third-degree felony because the offense was committed against an elderly individual,[1] and sentence of four years confinement in the Institutional Division of the Texas Department of Criminal Justice and $750 fine. Appellant's counsel filed a Motion to Dismiss Appeal on November 15, 2012.

_____

[1] See TEX. PENAL CODE ANN. § 32.31 (West 2011).

Because the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a), and this Court has not delivered its decision prior to receiving it, the motion is hereby granted and the appeal is dismissed. Having dismissed the appeal at appellant=s request, no motion for rehearing will be entertained and our mandate will issue.

Mackey K. Hancock
Justice

Do not publish.